JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THANH PHAT LE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Respondent. | Case No. 5:25-cv-01717-PA-MBK<br><br>JUDGMENT |
|---|---|

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that this case is dismissed without prejudice.

Dated:  November 17, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE